United States Court of Appeals
FOR THE EIGHTH CIRCUIT

_____

No. 97-2821

_____

John Gregory Lambros,                    *
                                         *
          Appellant,                     *
                                         *
     v.                                  *
                                         *       Appeal from the United States
Luis Carlos Andreaci, Federal Bureau     *       District Court for the
of Prisons #09693-004, Riverside         *       District of Minnesota.
Halfway House, Miami, Florida, in his    *       [UNPUBLISHED]
individual and official capacity; John   *
Doe, other inmate at the officially      *
approved United States Federal Police    *
Holding Facility in Brazilia, Brazil, in *
his individual and official capacity,    *
                                         *
          Appellees.                     *

_____

Submitted:  September 22, 1997

Filed:   October 21, 1997

_____

Before WOLLMAN, LOKEN, and HANSEN, Circuit Judges.

_____

PER CURIAM.

John Gregory Lambros appeals from the district court's[1] denial of his Federal Rule of Civil Procedure 60(b)(4) motion.  Having reviewed the record and Lambros's brief, we conclude that the district court did not abuse its discretion and that an extended discussion is not warranted.  See Printed Media Servs., Inc. v. Solna Web, Inc., 11 F.3d 838, 842 (8th Cir. 1993) (standard of review).  The judgment is affirmed. See 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Paul A. Magnuson, Chief Judge, United States District Court for the District of Minnesota.